FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ALEJANDRO LEON,<br>    Defendant. | No. 4:19-CR-06062-SAB-1<br><br>**ORDER DISMISSING INDICTMENT; CLOSING FILE** |

On March 31, 2021, Defendant entered guilty pleas to counts contained in Indictments filed in two other cases, 4:20-CR-06021-SAB-1 and 4:20-CR-6029-SAB-4. The plea agreement contemplated that this case would be dismissed at the June 30, 2021 sentencing hearing in those cases. At the sentencing hearing, counsel for the United States orally moved to dismiss the Indictment, which the Court granted. This Order memorializes the Court's oral ruling.

//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Indictment in the above-captioned case is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 30th day of August 2021.



                    Stanley A. Bastian
            Chief United States District Judge

**ORDER DISMISSING INDICTMENT; CLOSING FILE** ~ 2